AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| Steven F. Helfand | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. |
| Travelers Commercial Insurance Company | ) 15cv62465-WPD |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __Not incarcerated__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
I am presently unemployed. I am in process of having a disability application determined by Social Security.

My gross pay or wages are:  $ _____0.00__ , and my take-home pay or wages are:  $ _____0.00__ per
(specify pay period)   __not applicable__  .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☒ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

$2,100. This money was paid for various legal services provided by applicant.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____0.00__.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

I had many valuable items of antiques. Many of the items were destroyed by the loss and are worth virtually nothing. I was able to salvage some items and send them to auction at Bonham's San Francisco [this includes a Venetian Table, two side-tables, and Venetian polychrome sconces] The Bonham's auction is set for February, 2016. Previously, I had placed a Tiffany "Jack in Pulpit" vase of considerable value and it is going to auction at Rago Auctions in February, 2016 [payment to the extent it sells would be 30 days later]. The items at Bonham's were all damaged by the loss and I doubt they will sell for much. The vase was undamaged. I shall stipulate to paying any filing fees from these proceeds but simply do not have the resources at the present moment to move forward. I expect proceeds of $5k-$15k.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

I have agreed to provide reimbursement to the extent there is a recovery in this case or when [or if] disability is granted. Agreement is $1,000.00 per month for room and board. I am receiving SNAP benefits of $194.00. I am a member in good standing of the State Bar of California. I have been informally diagnosed with schizophrenia and depression in addition to other physical ailments of an immunological nature. All aspects of my condition were exacerabated by the insurance company's conduct; both phyically and emotionally.  I simply do not have the resources.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None. On the contrary, I have been dependent on the support of family and friends.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Yes. All credit cards are maxed out - no collection since most of my physical items of value were damaged and/or destroyed in the loss; two cards are the subject of litigation that is contested and disputed [to, wit, $10,000 to American Express]. See also, $24,000 to Mercedes Benz - one disputed last payment on a lease of twenty-four months after the stalled vehicle was collected by dealer from street in Russian Hill, San Francisco. Other disputes totalling $20,000.00 against other credit cards, vendors and suppliers. I am in a cash crunch but do have personal assets - most of which the value has been obliterated by the claims at the heart of this lawsuit; i.e., $14,000 sofa destroyed by loss; $7,500 destroyed by loss, etc. I am also uncomfortable parting with evidence that may be necessary to prove this case. No other financial obligations and have sought to part with as few damaged items as possible that are claims related.

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____11/20/2015_____              _____
                                                                    *Applicant's signature*

                                                                    _____Steven F. Helfand_____
                                                                                    *Printed name*