AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT

### for the

Southern    District of    Florida

STEVEN FRANKLYN HELFAND

_Plaintiff/Petitioner_

v.

TRAVELERS COMMERCIAL INSURANCE COMPANY

_Defendant/Respondent_

Civil Action No.    15-62465-CIV - DIMITROULEAS / Snow

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed:                                      Date:    December 3, 2015

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1.    For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse * | You | Spouse * |
| Employment | $ 0 | $ | $ 0 | $ |
| Self-employment * Please see table at Ex. A | $ 175 | $ | $ 0 | $ |
| Income from real property _(such as rental income)_ | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 200 | $ | $ 300 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |

* Please note that the applicant is single and unmarried.  Applicant therefore leaves blank all references for inclusion of information for a spouse.

48

AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | |
|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0 | $ | $ 0 | $ |
| Disability *(such as social security, insurance payments)* | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance *(such as welfare)* | $ 194 | $ | $ 194 | $ |
| Other *(specify)*: | $ 0 | $ | $ 0 | $ |
| **Total monthly income:** | $ 569 | $ | $ 494 | $ |

2.      List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| self - employed | 18 Tenth Street, Unit 1827 | December, 2000 to June 1, 2015 | $ Ex. A |
| | SF, CA 94103 | | $ |

Note, that Helfand also had an office address at 582 Market Street, SF, CA until approx. June, 2015.

3.      List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.      How much cash do you and your spouse have? $     780.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Bank of America | checking accounts | $  780.00* | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

I was loaned money to purchase health insurance and this money is expected to be used on the co-pays for medicine by December 5, 2015.  Please see affidavit for explanation.

AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.      List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $    0 |
| Other real estate *(Value)* | $    0 |
| Motor vehicle #1 *(Value)* | $   No vehicle |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | No vehicle |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $    Please see Exhibit B |
| Other assets *(Value)* | $    Please see Exhibit B |

6.      State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Presumably disputed insurance by Travelers Commercial Ins. Company, sued herein | $ $ 140,000.00 | $ $ |
| | $ | $ |

7.      State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| I do not have any dependents.  No persons rely upon me for support. | | |
| | | |
| | | |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

See declaration of Helfand.  I am presently residing with my parents and so I am not paying any expenses save for some food - through assistance from SNAP.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>    Are real estate taxes included?  ☒ Yes  ☐ No<br>    Is property insurance included?  ☒ Yes  ☐ No | $    0 | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $    130 [cell phone] | $ |
| Home maintenance *(repairs and upkeep)* | $    0 | $ |
| Food | $    194 [SNAP] | $ |
| Clothing | $    0 | $ |
| Laundry and dry-cleaning | $    0 | $ |
| Medical and dental expenses | $    2,000.00 | $ |
| Transportation *(not including motor vehicle payments)* | $    0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $    0 | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $    0 | $ |
|     Life: | $    0 | $ |
|     Health: | $    498 | $ |
|     Motor vehicle: | $    0 | $ |
|     Other: | $    0 | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $    0 | $ |
| Installment payments | | |
|     Motor vehicle: | $    0 | $ |
|     Credit card *(name)*:      American Express | $    400.00 | $ |
|     Department store *(name)*: | $    0 | $ |
|     Other: | $    0 | $ |
| Alimony, maintenance, and support paid to others | $    0 | $ |

AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $    0 | $ |
| Other *(specify)*: | $    0 | $ |
| Note, these expenses are understated considerably    **Total monthly expenses:** | $ 3,222.00 | $ |

9.    Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☒ Yes      ☐ No      If yes, describe on an attached sheet.

10.    Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☒ Yes   ☐ No

If yes, how much?   $  Please see affidavit.  Whatever is necessary, that I can afford, including depositions experts, per diem fees for jury or court reporters, documentary exhibits, etc.+

11.    Provide any other information that will help explain why you cannot pay the costs of these proceedings.

I am in a cash crunch.  I cannot pay the filing fee.  I will stipulate to paying the filing fee from proceeds should my disability be approved, loans get approved, and sale of items at auction.

12.    Identify the city and state of your legal residence.

Hollywood, Florida

Your daytime phone number:      415.596.5611

Your age:  44      Your years of schooling:      19

Last four digits of your social-security number:      0785

Attachment to AO 239 - **Exhibit A**
Applicant:  Steven F. Helfand
Case No:  15-62465 - CIV - DIMITROULEAS / Snow

Steven F. Helfand [hereafter "Helfand"] is a member in good standing of the Bar
of the State of California.  Due to mental health and physical ailments Helfand
began "winding down" his law practice in August 2014.  Section 1 asks for
"average" monthly income, along with other categories, over the preceding 12
months.  Helfand had 2015 income of $2,100.00.  As such, in calculating the
monthly amount, Helfand provides: $2,100 / 12.  The following schedule reflects
the income over the preceding twelve months.

### Schedule of Income for 2015

| MONTH | INCOME |
|---|---|
| January | $175 |
| February | $175 |
| March | $175 |
| April | $175 |
| May | $175 |
| June | $175 |
| July | $175 |
| August | $175 |
| September | $175 |
| October | $175 |
| November | $175 |
| December | $175 |

1

However, Helfand makes plain, that, for example, while calculations are reflected in, for example, September, 2015, **Helfand, in fact, earned no income in September, 2015.** As support applicant attaches a partial, unredacted copy from his medical report from San Francisco General Hospital and refers the court to the highlighted section [the September 18, 2015 medical note] ["living (sic) [at] the NEMA 18 10th st, studio.  insomnia: afraid to sleep, paranoid someone was going to come in to (sic) house.  **not working, living off assets.**  limit to 3 glasses of alcohol." (emphasis added).  See, **Exhibit C**, p. 1.  In fact, the medical note reflects that in September, 2015, Helfand "Got emergency medi-cal" due to the fact Helfand could not afford to pay for regular insurance.  See, **Exhibit C**, p. 1.  The medical note references two vital prescriptions and noted "Took Truvada and dolutegravir [also known as Tivicay] X 2 months but then stopped d/t cost of medications."  See, **Exhibit C**, p. 1.  Helfand submits a person generally does not stop taking vital medications if there are no cash-flow / money issues.

After, in essence, depleting all of his liquid assets and becoming devastated over the loss in September, 2015 to his collection of antiques and fine furnishings [illiquid assets], Helfand moved to Hollywood, Florida, where he is residing with his parents.  Helfand is now a citizen of Florida.  Helfand is not working.

Helfand has received certain financial gifts to assist him, primarily from his parents, but also from others.  The modest bump of $100 for expected "gifts" [in the next month] is simply a reflection of gifts likely to be received for the Christmas Holiday.  The same methodology for distribution of the gifts was applied as with regard to income, *supra*.  For example, Helfand's mother paid for a portion of the "POD" which was used to ship Helfand's belongings/possessions from San Francisco, California to Florida.  Helfand did not receive this money and it was paid directly on a credit card to "PODS."  However, it is included in the "gifts" total out of the abundance of caution and then the aggregate is spread over the 12 month period.  The "POD" gift was made in October, 2015 [the average was then applied retrospectively and prospectively].

On October 26, 2015 Helfand applied for Medicaid, Social Security disability and SNAP. SNAP was granted immediately to Helfand and is reflected in the schedule at $194. See, **Exhibit C**, pp. 6-15.

Helfand's Medicaid and Social Security disability applications are pending. Social Security has set doctors' visits for Helfand on December 7, December 10 and December 14 to verify Helfand's conditions. See, **Exhibit C**, pp. 2-5.

**Section 2** requests "gross monthly pay" information over a two year period. In 2014, Helfand earned $31,000. Thus, for purposes of section 2, Helfand simply adds $31,000 + $2, 100 = $33,100. Helfand then divides $33, 100 / 24 months. This means the "grossly monthly pay" is $1,379.00 Again, however, this calculation is inaccurate as Helfand did not earn any income in, for example, September, 2015 [see *supra*], and his expenses were higher in San Francisco than now.

**Section 4** requests cash balances in banking institutions. Helfand attaches his current balance as of December 3, 2015. See, **Exhibit C**, p. 16. Helfand was given a loan to purchase Health Insurance from Cigna since, Helfand has been awaiting Medicaid. Helfand ran out of my prescriptions funded by Medi-Cal. As Helfand was no longer a California citizen, Helfand could no longer appropriately rely on Medi-Cal. See, **Exhibit C**, p. 19 [document showing Helfand became a subscriber to Cigna on December 1, 2015].

In spite of Helfand's new insurance from Cigna, one vital drug, costing in excess of $1,200 per month is not covered at all; *to wit*, Tivicay. See, **Exhibit C**, p. 26. Two of Helfand's other two prescriptions have co-pays of $545 and $417, respectively. See, **Exhibit C**, p. 22; p. 29 [Truvada and Tivicay are for treatment of HIV; Latuda is for schizophrenia].[1] Thus, Helfand requires his available cash

---

[1] Helfand's medical issues, while not specifically identified by name in the Complaint, were disclosed to Defendant and shall be a subject in this case.

for his prescription co-pays.  Even the existing cash balance is insufficient.  Efforts are being made to find available sources within the existing financial constraints.

Attachment to AO 239 - **Exhibit B**
Applicant:  Steven F. Helfand
Case No:  15-62465 - CIV - DIMITROULEAS / Snow

**Per Section 5**, lines "Other assets."  These assets are my personal possessions which prior to the loss were valued at approximately $190,000.00.  Post loss, the value is substantially diminished if not outright gone, and many items had to be discarded.  This includes a bedroom set, mattress and dresser.  Other damaged items include two lithographs, valuable books, valuable artistic masks (one of which was completely destroyed), a coffee table, sofa, reference series speakers[2] and other valuable electronic equipment and countless other personal possessions. These assets are all illiquid and not worth very much in light of the loss.  These items are also part of the evidentiary record in this case.

In an effort to raise money and in spite of the loss to be taken and inclusion within the evidentiary record of this case, Bonham's shall be presenting 3 items for auction in February, 2016.  Helfand attaches a summary of items to be presented at Bonham's along with the estimates and reserves.  See, **Exhibit C**, p. 17.   These items were worth about $40,000 prior to the loss.

Additionally, Helfand has a "*Jack in the Pulpit*" vase [Louis Comfort Tiffany] that Helfand is presenting at auction in February, 2016.  See, **Exhibit C**, p. 18.  This item was undamaged in the loss.

**Helfand shall stipulate to paying court fees commencing March, 2016 and reimburse the Court with the filing fees from the auction sales, anticipated disability payments, loans, etc.  Helfand simply does not have the cash to pay the filing fee at present because all funds are being utilized to deal with Helfand's health, medical prescriptions and insurance.**

---

[2] For example, Helfand owned five high-end "Reference" speakers.  Collectively these were worth over $12,500 prior to the loss.  Post loss, they are worth nothing. They have lost considerable sound quality and are unsaleable, if not unuseable.

5

**Per Section 8, Line 9**:  Helfand is currently residing with his parents.  When [and, if] disability / Medicaid gets approved, Helfand expects to reside at his own place or, at least, devote $1,000.00 per month for current living expenses.  This shall result in an increase to scheduled expenses.

**Per Section 9**, Line 9:  Auction sales, in February, 2016 noted *supra*.  Disability / Medicaid with potential award of backpay [time spent awaiting a determination on application].  Helfand is cautiously optimistic a disability determination shall occur in or by January 2016.  Helfand understands the initial disability award may be approximately $1,400.00 per month.  Helfand is also trying to obtain a personal loan of $15,000.

**Per section 10**:  It is Helfand's intention to handle the prosecution of this case. Helfand intends to file a motion for summary judgment early on.  If necessary, Helfand may have to take up to five depositions.  If Helfand cannot afford to take the depositions, Helfand shall skip them.  Helfand believes the written record in this case is dispositive so that his costs may be contained in terms of ferreting out issues.  If Helfand is unable to try to the case in light of his condition, Helfand has friend who resides in California, but is also a member of the Florida bar, who has offered to assist, if necessary.

### Concluding Remarks

Helfand shall stipulate to paying the costs go forward - expected in March, 2016. Helfand filed this application because given his current state of finances he cannot afford to pay the filing fees for a civil case.  When funds become available in light of that which is discussed herein, Helfand hereby stipulates to reimbursing the court the filing fee, but this would be three months from now, approximately.

Attachment to AO 239 - **Exhibit C - COMPENDIUM OF ATTACHMENTS**

## INDEX OF ATTACHMENTS

| DOCUMENT | PAGE NUMBERS |
|---|---|
| San Francisco Department of Public Health, SFGH, Medical Note for Steven F. Helfand dated September 18, 2015 | 1 |
| Correspondence from Social Security Administration - Disability Determinations for Steven Helfand | 2-5 |
| Records from Access Florida - Medicaid and SNAP for Steven Helfand | 6-15 |
| Current Bank Account Balance for Steven Helfand | 16 |
| Items to be presented at auction to generate money and pay court fees | 17-18 |
| Cigna Records showing out of pocket copays and non-coverage from one drug | 19-30 |

11/30/2015 4:02 PM FAX  4152068623          ROI DEPT                          ☑0007/0027



Department of Public Health

Patient HELFAND, STEVEN          Birth Date 09/04/1971   Sex M        Rm/Bed
Attending                        MR # 01913442           Pt #         Adm Date

Continue Citalopram Hydrobromide Tablet, 20 MG, 1 tablet, Orally,
Once a day
DISPOSITION & COMMUNICATION
FOLLOW UP
1 week
Electronically signed by Carolyn Chu , MD on
09/25/2015 at 04:18 PM PDT
Disclaimer :
This is a Visit Summary extracted from the eClinicalWorks chart.
It is not a copy of the eClinicalWorks progress note.

Page created: Monday, November 30, 2015 3:46 PM For: 764HKR

(3)eCW Progress Note                                                    Sep 18, 2015 16:00
Patient Name: HELFAND, STEVEN
DOB: 09/04/1971
Gender: Male
MRN: 01913442
External Visit ID:
Appointment Facility: FHC Health Blue Team
Visit Date: 09/18/2015
Physician: Woods, Meghan M
REASON FOR APPOINTMENT
1. NEW PT PER DAY UCC
HISTORY OF PRESENT ILLNESS
*Interim History:
44yo M hx HIV/AIDS, presents for establishing care. C/o anxiety
following partner breakup in Nov/Dec 2015, had taken SL lorazepam
years ago with relief, none now but drinking more alcohol up to 1
bottle of scotch, now down to 3 glasses/day of alcohol/wine,
etc.Restarted Atripla one daily recently, had taken before for
many 6 years without difficulty. Took Truvada + dolutegravir X 2
months but then stopped d/t cost of the medications. Preferred
the Truvada + DTG rather than Atripla since the Atripla "zonked"
him. Claims adherence with all HIV medications. Rx of nevirapine
use with liver toxicity.Got emergency medi-cal, has had high
blood pressure, resistant to taking meds previously, took GHB to
sleep, meth use occasionally +IVDU, SF AIDS foundation- waitlist
for Stonewall Project,living the NEMA 18 10th St. studio.
insomnia: afraid to sleep, paranoid someone was going to come in
to his house. not working, living off assets. limit to 3 glasses
of alcohol, since monday, gets shaky from alcohol, no withdrawal,
no seizures, anxiety meds: has tried trazodone when had insomnia
from videx#BRBPR: sometimes has BRBPR, some blood mixed with
stool, every time he goes to the bathroom, x 5-8 weeks. increased
frequency. sometimes just frank blood. thinks he has internal
hemorrhoids.
*Screening/ Risk Assessments:
*Tobacco Use
*Smoking Status:never __
*Falls Risk Screening
Have you fallen in the past six months?No __
Are you afraid you might fall today?No
Do you use any assistive devices when walking or moving?No
Ebola Screening:
Have you traveled to West Africa (Sierra Leone, Liberia, Guinea
and/or Mali) within the past month or had contact with a person

Page 6 of 12
User KRISTIN HARDY



## Application Status Information

## Application Status Information

The following statements are informational only. They are current as of today. You will receive the official notice of any decision made on your claim by U.S. mail.

As of today's date, a decision has not been made on your application.

The Disability Determination Service in your State is processing the medical portion of your claim.

If you need more information, you may call us toll-free at 1-800-772-1213(TTY 1-800-325-0778). SSA representatives are available Monday through Friday between 7 a.m. to 7 p.m.

Finish

Rick Scott
Governor

**Mission:**
To protect, promote & improve the health
of all people in Florida through integrated
state, county & community efforts.



HEALTH

**John H. Armstrong, MD, FACS**
State Surgeon General & Secretary

**Vision:** To be the Healthiest State in the Nation

M4 ZHEARDK/zdavism C-1 D0201        November 20, 2015        (Y)  20151120000004

STEVEN FRANKLYN HELFAND                          FOR SOCIAL SECURITY ADMINISTRATION
APT F112                                         S69 DISABILITY DETERMINATIONS
1400 SW 137TH AVE                                PO BOX 8806
HOLLYWOOD FL 33027                               LONDON KY 40742-9703

                                                 RE: STEVEN FRANKLYN HELFAND
                                                 CASENBR:  8767905

We have received your file from the Social Security Administration to determine whether you
meet the requirements for disability benefits.  After reviewing your case, we find we need
more information about your condition.  Therefore, we have arranged the following appointment
for you, which we will pay for from funds provided by Social Security:

ADDYS PRIETO,PSY.D.                              Appt. Date:  Monday, December 07, 2015
1601 NORTH PALM AVE.                             Appt. Time:  10:00 AM
SUITE 300
PEMBROKE PINES, FL 33026
Phone: 954-802-0758

Type of examination or test:  MENTAL EXAMINATION

**PLEASE FOLLOW THE INSTRUCTIONS ON THE ATTACHED SHEET**

At the time of the appointment, it may be decided that other tests are needed or that a
scheduled test is not necessary or should not be done.  If your doctor tells you not to take
the examination or test, call us immediately.  The appointment may not be for a full
examination as you may have had from your doctor.  No treatment will be given.

Please complete and return the enclosed CONFIRMATION/AUTHORIZATION FORM, by fax or mail, as
soon as possible, or call us to confirm that you will keep the appointment.  If you fax the
enclosed confirmation/authorization form, please do not use a fax cover page.  If you have
any difficulties getting to this appointment, contact us immediately.

Read the enclosed leaflet carefully.  It explains more about our need for this information
and about your responsibility for keeping all appointments.  IF YOU DO NOT KEEP AN
APPOINTMENT OR LET US KNOW AT LEAST 24 HOURS BEFORE THE APPOINTMENT TIME WHY YOU CANNOT KEEP
IT, A DECISION MAY BE MADE ON YOUR CASE BASED ON THE INFORMATION ALREADY IN YOUR FILE.  THIS
MAY RESULT IN A FINDING THAT YOU ARE NOT DISABLED.

After the examination or tests are completed, we will be glad to send a copy of the report to
your healthcare professional if you give us your permission.  If you want us to do this,
complete the center section of the CONFIRMATION/AUTHORIZATION FORM, sign it, and return it to
us.

                                                 Sincerely,
                                                 K. HEARD
                                                 Medical Disability Adjudicator

**Florida Department of Health**
FOR SOCIAL SECURITY ADMINISTRATION
S69 DISABILITY DETERMINATIONS
PO BOX 8806
LONDON KY 40742-9703

**www.FloridaHealth.gov**
FACEBOOK:FLDepartmentofHealth
TWITTER:HealthyFLA ● YOUTUBE: fldoh
FLICKR: HealthyFla ● PINTEREST: HealthyFla

3

**Mission:**
To protect, promote & improve the health of all people in Florida through integrated state, county & community efforts.



**Vision:** To be the Healthiest State in the Nation

Rick Scott
Governor

**John H. Armstrong, MD, FACS**
State Surgeon General & Secretary

---

M4 ZHEARDK/zbatch C-8 D0208          November 30, 2015          (Y)  20151124000201

STEVEN FRANKLYN HELFAND                    FOR SOCIAL SECURITY ADMINISTRATION
APT F112                                   S69 DISABILITY DETERMINATIONS
1400 SW 137TH AVE                          PO BOX 8806
HOLLYWOOD FL 33027                         LONDON KY 40742-9703

                                           **RE: STEVEN FRANKLYN HELFAND**
                                           **CASENBR:  8767905**

You were previously notified that an appointment has been scheduled for you to obtain additional information that is needed to document your claim for disability benefits.  This letter is to remind you to keep your appointment with:

ALAN LANE MD                               **Appt. Date:  Thursday, December 10, 2015**
601 N. FLAMINGO ROAD SUITE 315             **Appt. Time:  08:30 AM**
PEMBROKE PINES, FL 33028
Phone: 954-538-1177

It is very important that you go to this examination.  If you have already faxed or mailed the confirmation/authorization page included with our previous letter or called our office to let us know that you will keep this appointment, you do not need to do anything.

However, if you have not previously advised our office that you will keep the appointment, please contact our office within 10 days from the date of this letter.  If we do not hear from you within 10 days from the date of this letter, a decision may be made on your claim based on the information currently in your file.  Because we are missing some important information, this could result in a finding that you are not eligible for disability benefits.

If you cannot go to the scheduled appointment, or if you need assistance, please call our office immediately.

This letter contains information that is confidential under federal and state statutes and is intended to be delivered to only the named addressee.  Any unauthorized use of this information may be a violation of criminal statutes.  If you received this letter in error, you should immediately notify this agency at the address or the telephone number below.  We will provide you with instructions regarding the disposal of this letter.  Under no circumstances should this information be shared, retained, or copied by anyone other than the named addressee.

Thank you for your cooperation.

                                           Sincerely,
                                           K. HEARD
                                           Medical Disability Adjudicator

PHONE:  TOLL FREE 1-800-223-6820 or 305-596-3020, EXT 6080
For the Hearing Impaired, Florida Relay Services, TDD: 711 or 1-(800)955-8771

---

**Florida Department of Health**
FOR SOCIAL SECURITY ADMINISTRATION
S69 DISABILITY DETERMINATIONS
PO BOX 8806
LONDON KY 40742-9703

**www.FloridaHealth.gov**
FACEBOOK:FLDepartmentofHealth
TWITTER:HealthyFLA ● YOUTUBE: fldoh
FLICKR: HealthyFla ● PINTEREST: HealthyFla

4.

Rick Scott
Governor

**Mission:**
To protect, promote & improve the health
of all people in Florida through integrated
state, county & community efforts.



John H. Armstrong, MD, FACS
State Surgeon General & Secretary

**Vision:** To be the Healthiest State in the Nation

---

M4 ZHEARDK/zdiazf C-2 D0202          November 25, 2015          (Y)   20151120000005

STEVEN FRANKLYN HELFAND                    FOR SOCIAL SECURITY ADMINISTRATION
APT F112                                   S69 DISABILITY DETERMINATIONS
1400 SW 137TH AVE                          PO BOX 8806
HOLLYWOOD FL 33027                         LONDON KY 40742-9703

                                           RE: STEVEN FRANKLYN HELFAND
                                           CASENBR:  8767905

### RESCHEDULED APPOINTMENT

We recently told you about extra medical information we needed about your condition to
determine if you meet the requirements for Social Security benefits.  Since then, it has
become necessary for us to change your appointment.  **THE NEW APPOINTMENT IS AS FOLLOWS:**

SAMUEL RAND MD                         Appt. Date:  Monday, December 14, 2015
4480 SHERIDAN ST                       Appt. Time:  09:00 AM
EMERALD HILL MEDICAL SQUARE
HOLLYWOOD, FL 33021
Phone: 954-966-3300

Type of examination or test:  PHYSICAL EXAMINATION

**PLEASE FOLLOW THE INSTRUCTIONS ON THE ATTACHED SHEET**

At the time of the appointment, it may be decided that other tests are needed or that a scheduled test is
not necessary or should not be done.  If your doctor tells you not to take the examination or test, call
us immediately.  The appointment may not be for a full examination as you may have had from your doctor.
No treatment will be given.

Please complete and return the enclosed CONFIRMATION/AUTHORIZATION FORM, by fax or mail, as soon as
possible, or call us to confirm that you will keep the appointment.  If you fax the enclosed
confirmation/authorization form, please do not use a fax cover page.  If you have any difficulties
getting to this appointment, contact us immediately.

Read the enclosed leaflet carefully.  It explains more about our need for this information and about your
responsibility for keeping all appointments.  IF YOU DO NOT KEEP AN APPOINTMENT OR LET US KNOW AT LEAST
24 HOURS BEFORE THE APPOINTMENT TIME WHY YOU CANNOT KEEP IT, A DECISION MAY BE MADE ON YOUR CASE BASED ON
THE INFORMATION ALREADY IN YOUR FILE.  THIS MAY RESULT IN A FINDING THAT YOU ARE NOT DISABLED.

After the examination or tests are completed, we will be glad to send a copy of the report to your
healthcare professional if you give us your permission.  If you want us to do this, complete the center
section of the CONFIRMATION/AUTHORIZATION FORM, sign it, and return it to us.

                                       Sincerely,
                                       K. HEARD
                                       Medical Disability Adjudicator

---

Florida Department of Health
FOR SOCIAL SECURITY ADMINISTRATION
S69 DISABILITY DETERMINATIONS
PO BOX 8806
LONDON KY 40742-9703

**www.FloridaHealth.gov**
FACEBOOK:FLDepartmentofHealth
TWITTER:HealthyFLA ● YOUTUBE: fldoh
FLICKR: HealthyFla ● PINTEREST: HealthyFla

5

 **ACCESS Florida**

English | Español | Kreyòl

Click here for Help

Hello **6J31Y50**, You are logged in.

 Manage My Account

Logout

Print

Back to Benefit Summary     Report My Changes     Apply for Additional Benefits     Case Closure

My Benefits                                        My Applications

# Benefit Summary

You are currently receiving paperless notices. If you would like to receive notices by US Mail, click here.

## Case Information

This information is current as of December 02, 2015. If you made any changes to your case within the last 24 hours, please allow time for this information to be processed into the system. Please check back later.

| Case Number | Head of the Household | Scheduled Appointments | Office I and View My Payments | My Notices | Verification Needed |
|---|---|---|---|---|---|
| 1478218681 | STEVEN F. HELFAND | No appointments scheduled | click here | click here | No verifications needed |

## My Benefits

| Benefits | Details |
|---|---|
| Food Assistance | click here |
| Medical Assistance | click here |

## My Renewals

| Name | Benefits | Details |
|---|---|---|
| STEVEN | Food Assistance | 03/31/2016 |
| STEVEN | Medical Assistance | |

6.



# ACCESS Florida

English | Español | Kreyòl

**Click here for Help**

Hello **6J31Y50**. You are logged in



Logout

Print

Back to Benefit Summary    Report My Changes    Apply for Additional Benefits    Case Closure

My Benefits                          My Applications

## Food Assistance Details

### Case Information

| | | | |
|---|---|---|---|
| Case Number | 1478218681 | Head of the Household | STEVEN F. HELFAND |

### Food Assistance Details

| Indiv. No. | Payee | Begin Date | End Date | Status | Monthly Amount | Benefit Month | Date Benefit Available | Issuance Information | |
|---|---|---|---|---|---|---|---|---|---|
| 01 | STEVEN F. HELFAND | 01/01/2016 | 03/31/2016 | OPEN | 194 | | | click here | click here |
| 01 | STEVEN F. HELFAND | 12/01/2015 | 12/31/2015 | OPEN | 194 | December, 2015 | 12/13/2015 | click here | click here |

7.

 **ACCESS Florida**

Hello 6J31Y50, You are logged in.

**Logout**

**Print**

 **Manage My Account**

Back to Benefit Summary    Report My Changes    Apply for Additional Benefits    Case Closure

My Benefits                   My Applications

## Medical Assistance

### Case Information

| | 1478218681 | Head of the Household | STEVEN F. HELFAND |
|---|---|---|---|

### Medical Assistance

| Individual | Pin No. | Status | Coverage Type | Print Temporary Medicaid Card | In-state Medicaid Card | History | Authorization Rep |
|---|---|---|---|---|---|---|---|
| STEVEN F. HELFAND | 9548064154 | VERIFICATION_NEEDED | MEDICAID | | | click here | click here |



Apply for Benefits - 666546636



# ACCESS Florida

## Benefits Information

| Type of benefits selected | Food Assistance<br>Cash Assistance<br>Medical Assistance For the Aged, Blind or Disabled |
|---|---|

## Electronic Signature

| Date Submitted | 10/26/2015 |
|---|---|
| Electronic Signature completed: | Yes |
| By whom? | Steven |

## Primary Information Person

| First name | Steven |
|---|---|
| Last Name | Helfand |
| Middle Initial | F |
| Suffix | N/E |
| Gender | Male |
| Living Address | 1400 SW 137th Ave Apt. F112 Pembroke Pines FL 33027 |
| Mailing Address | 1400 SW 137th Ave Apt. F112 Pembroke Pines FL 33027 |
| Preferred Notice Language | English |
| Home phone | 9544473315 |
| Work phone | N/E |
| Cell phone | 4155965611 |
| Email address | sh4078@gmail.com |

## People In Your Home

| First name | Steven |
|---|---|
| Last Name | Helfand |
| Middle Initial | F |
| Suffix | N/E |
| Gender | Male |
| Date of birth | 09/04/1971 |
| What is this person's country of birth? | United States |

9

Apply for Benefits - 666546636

| | |
|---|---|
| What is the primary language spoken in this person's home? | English |
| Does this person need an interpreter? | No |
| What county does this person live in? | Broward |
| Is this person a resident of Florida? | Yes |
| Is this person disabled or blind? | Yes |
| What is this person's marital status? | Single - never married |
| What is this person's living arrangement? | Home/apartment/trailer |
| Does this person intend to file taxes as either an individual or joint filer? Choose 'no' if this person is a tax dependent. | Yes |
| Social Security Number | XXX-XX-0785 |
| Has this person ever used a different Social Security number or a different name, such as a maiden or married name? | No |
| Is this person a U.S. citizen? | Yes |
| Ethnicity | Not Hispanic or Latino |
| Race | White, not of Hispanic origin |
| If this person is American Indian / Alaskan Native, are they a member of a federally recognized tribe? | N/E |
| Tribe name | N/E |
| Is this person applying for assistance? | Yes |
| Has this person been out of the U.S. in the last 30 days? | No |

## Disability Details

| | |
|---|---|
| Who | Steven |
| Disability denied | No |
| Denial Date | N/E |
| Will this person's incapacity or disability last for more than 12 months? | Yes |
| Will this person's incapacity or disability last for more than 30 days? | Yes |
| Has Steven disability been decided | No |
| able to purchase and prepare meals? | N/E |

## Tax Dependents and Joint Filers Outside of the Household

| | |
|---|---|
| Who | Steven Helfand |
| Files Taxes? | Yes |
| Jointly? | N/A |

10.

Apply for Benefits - 666546636

| Select "Yes" if Steven intends to claim any tax dependents who do not live in the household or if Steven is filing jointly with a spouse not living in the household. | No |
|---|---|

## Dependents

## Other Household Information

| Who | Steven |
|---|---|
| Is Steven in Renal Dialysis? | No |
| Is Steven attending school, including college and technical school? | No |
| Is Steven convicted of a drug trafficking felony committed after 8/22/1996 or trading food assistance? | No |
| Is Steven a victim of human trafficking or a family member of a trafficking victim? | N/A |
| Did Steven receive SSI benefits in the past but not receiving them now? | No |
| Is Steven fleeing the law due to Felony or Probation or Parole violation? | No |
| Migrant or seasonal farm worker | No |
| Does Steven need help with activities of daily living through personal assistance services, nursing home or other medical facility. | No |
| Is Steven in Hospice? | N/A |
| Is Steven in Hcbs? | N/A |
| Is Steven current with their immunization(shot) requirements? | N/A |
| Did Steven receive TANF,SNAP or Medical Assistance from another state or source ? | No |
| Does Steven received health services from the Indian Health Services,a tribal health program,or urban indian health program or through a referral from one of these programs? | N/A |
| Is Steven convicted of receiving SNAP, TANF or Medical Assistance in more than one state at the same time does not have on or after 8/22/1996? | No |
| Is Steven a foster child? | N/A |
| Has Steven been declared an adult by a judge? | N/A |
| Is Steven needs special therapy for emotional, developmental or behavioral problems? | N/A |
| Is Steven would like to get child health check up services? | N/A |

/1.

Apply for Benefits - 666546636

## Migrant or seasonal farm worker

| | |
|---|---|
| Is anyone in your household a migrant or seasonal farm-worker? | No |

## Discounted Phone Service

| | |
|---|---|
| Who | N/E |
| Do you want Lifeline Assistance? | No |
| Telephonic Service Provider | N/E |
| Phone number | N/E |
| Name on the phone bill | N/E |

## Liquid Assets

| | |
|---|---|
| **Cash** | **No** |
| **Bank Account** | **Yes** |
| **Other Asset** | **No** |
| **Transfer of assets** | **No** |
| **Cash Settlement** | **No** |

### Review Your Answers: Bank Accounts

| | |
|---|---|
| Type of bank account: | Checking account |
| What is the amount that Steven has in the account? | $300.00 |
| Name of the bank: | Bank of America |
| Account number if known: | 3250489139 |
| Is Steven designating any of this asset for burial? | No |
| If yes, how much? | N/E |
| Please select the individual who owns part of this asset with Steven. | Not jointly owned with anyone |
| If part owner, what percentage does this person own? | N/E |

## Release of Financial Information

| | |
|---|---|
| Release of Financial Information | Authorized |

## Other Assets

12

Apply for Benefits - 666546636

| Life Insurance | No |
|---|---|
| Vehicle | No |
| Real Estate | No |
| Business Assets | No |

## Review Your Income Changes

| Current/New Job | No |
|---|---|
| Past Jobs | No |
| Self Employment | No |
| Room and Board | No |
| Refused Jobs | No |
| On Strike | No |

## Unearned Income Information

| Other Income | No |
|---|---|
| American Indian/Alaska Native Income | N/A |
| Benefits Applied For But Not Been Approved | Yes |
| Deductions | No |
| Educational Aid and Expenses | N/A |

## Review Your Answers: Non Approved Benefits Changes

| Who | Steven |
|---|---|
| What type of income or benefit has Steven applied for? | Disability/Sick Benefits |
| When did Steven apply for this income or benefit(mm/dd/yyyy)? | 10/23/2015 |

## Review Your Answers: Deduction Changes

## Expenses Summary

| Shelter Expenses | No |
|---|---|
| Utility Expenses | No |
| Room and Board Expenses | No |
| Low Income Housing Energy Assistance | No |
| Heating or Cooling Expenses | No |

13

Apply for Benefits - 666546636

| Homeless Shelter Expenses | No |
|---|---|

## Review Your Other Expense Changes

| Child Support Payments | No |
|---|---|
| Dependent Care Expenses | No |
| Medical Expenses | Yes |
| Past Medical Expenses | Yes |
| Medicare Expenses | No |
| Blind Work Related Expenses | No |
| Health Insurance | No |
| VoluntaryCancellation | No |
| Declined Employer Provided Health Coverage | N/A |

## Review Your Answers: Medical Expense

| Who | Steven |
|---|---|
| Expense Type | Prescription Drugs |
| What is the total amount billed? | $26.00 |
| What is the monthly payment? | $26.00 |
| What is the name of the service provider? | Walgreens |

| Who | Steven |
|---|---|
| Expense Type | Unpaid High Hospital Bill |
| What is the total amount billed? | $30000.00 |
| What is the monthly payment? | $0.00 |
| What is the name of the service provider? | St Francis hospital, San franc |

| Who | Steven |
|---|---|
| Expense Type | Dental care |
| What is the total amount billed? | $100.00 |
| What is the monthly payment? | $8.00 |
| What is the name of the service provider? | Preston brown |

## Review Your Answers: Past Medical Expense

| Who | Steven |
|---|---|
| Choose which of the past 3 months Steven has unpaid medical expenses. | 9/1/2015 |

14

Apply for Benefits - 666546636

## Additional Information

| Additional Information | N/E |
|---|---|

15

●●●● AT&T 🛜                    08:08

  ☰           **Accounts**           🔒 Sign Out

ℹ️ **Welcome to Mobile Banking.**                    ✖
Learn how our app gives you more control. Check it out

| Bill Pay | Transfers | Deposit Checks |

**Bank Accounts**

  BofA Core Checking - 9358
**$656.42**

  Business Advantage Chk - 3915
**$0.00**

  Business Advantage Chk - 3928
**$124.37**

  Open a New Account

  **Open a savings account**
Whatever you're saving for, we have the right
savings solution for you. Get started

Balances may reflect transactions that have not yet posted to your account.

Investment products are provided by Merrill Lynch, Pierce, Fenner & Smith
Incorporated and:

- Are not FDIC Insured
- Are not bank guaranteed
- May lose value

Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") is a registered
broker-dealer, member FINRA and SIPC, and a wholly owned subsidiary of Bank

16

PROPERTY OF STEVEN HELFAND

An Italian Neoclassical parcel gilt and paint decorated console table

Late 18th century                                                            $3000-5000 Reserve $2000


A pair of Italian Neoclassical parcel gilt and paint decorated wall brackets

One late 18th century one of later date                          $1200-1500 Reserve $600


A pair of Continental Neoclassical style gilt wood console tables

Late 19th century                                                            $4000-6000 Reserve $3000

17



Steven Helfand <sh4078@gmail.com>

---

## Tiffany jack in pulpit

---

**Sarah Dziamba** <sarahd@ragoarts.com>                                    Thu, Oct 29, 2015 at 2:11 PM
To: Steven Helfand <sh4078@gmail.com>

Hi Steve,

I just touched base with David regarding your Tiffany jack. Based on the condition, the new recommended estimate would be $3,000 – 5,000 with a reserve of $2,500.

If that is amenable to you, kindly let me know and I will put together a contract.

Many thanks,

Sarah



**Sarah Dziamba**, Junior Specialist, 20th/21st C. Design Department
Rago Arts & Auction Center
333 North Main Street, Lambertville, NJ 08530
T 609.397.9374 x123  F 609.397.9377  ragoarts.com

        
Bid Easy  Bid Smart  Bid Fair

**From:** Steven Helfand [mailto:sh4078@gmail.com]
**Sent:** Monday, October 26, 2015 11:40 AM
**To:** David Rago <david@ragoarts.com>; Kathy Buscavage <kathy@ragoarts.com>; Sarah Dziamba <sarahd@ragoarts.com>
**Subject:** Tiffany jack in pulpit

I have not heard from Sarah concerning the jack-in-the-pulpit case.  Please confirm that we are going forward for February 2016.

Steve helfand

18

 **Cigna.**

# Pharmacy

## Prescription Coverage Summary

**Account Number:** 4700131
**Plan:** Tier 5

| | |
|---|---|
| **Who's Covered:** | Steven Helfand |
| **Date of Birth:** | 09/04/1971 |
| **Relationship:** | Subscriber |
| **Coverage From:** | 12/01/2015 |
| **Coverage To:** | * |

\* = Coverage is still effective.

## Coverage Details

Please remember: the information on this page only provides a general outline of your plan. For official plan coverage details, including what's covered, what's not covered and state government coverage requirements, please review official plan documents, such as: your insurance certificate, your plan booklet, policy or contract, your summary plan description. If there are any differences between these plan documents and the information on this page, your official plan documents are correct.

| Plan Features: | In-Network: | Out-Of-Network: |
|---|---|---|
| Plan Year Deductible<br>• Individual | Does Not Apply | $500.00 |
| • Family | Does Not Apply | $1000.00 |
| Coinsurance | See Coverage Details, below | You pay 50%,<br>Plan pays 50% |

Expenses you pay to meet your deductible and/or out-of-pocket maximum*may be applied to both in-network and out-of-network amounts, depending upon your plan.
*Depending on your plan, your out-of-pocket maximum is the most you are required to pay in a plan year before your plan begins paying.

In-Network Deductible expenses include Medical, Mental Health and Pharmacy.

In-Network Out-of-Pocket expenses include Medical, Mental Health, Pharmacy and Vision.

Out-of-Network Deductible expenses include Medical, Mental Health and Pharmacy.

Out-of-Network Out-of-Pocket expenses include Medical, Mental Health, Pharmacy and Vision.

## COVERAGE DETAILS

**Coverages:**

Retail
(30 Day Supply)

**Preferred Generic:**
You pay $4.00

**Non-Preferred Generic:**
You pay $45.00

**Preferred Brand:***
You pay $15.00

**Non-Preferred Brand:***
You pay 50%,
Plan pays 50%

**Specialty:***

You pay 40%,
Plan pays 60%

**Coverages:**

Home Delivery
(Up To 90 Day Supply)

**Preferred Generic:**
You pay $37.00

**Preferred Brand:***
You pay $10.00

**Non-Preferred Brand:***
You pay 50%,
Plan pays 50%

**Non-Preferred Generic:**
You pay $112.00

**Specialty:***
You pay 30%,
Plan pays 70%

***Is there a generic available?** If you fill with a brand name drug when there is a generic equivalent available, your plan could require you to pay a copay or coinsurance, as well as the cost difference between the brand and generic. Go generic and save your money.

© 2015 Cigna. All rights reserved.

☑ Selecting these links will take you away from myCigna.com. Cigna does not control the linked sites' content or links. Details

 **Cigna.**

# Get Drug Costs

**Comparing:** Truvada TAB
**For:** Steven | DOB: 09/04/1971

START OVER

**Pharmacies near Pembroke Pnes, FL 33027 (Change)**
   **Cigna Home Delivery Pharmacy - 0.0 miles**
   (800) 835-3784|Your Mailbox

☑  **Costco Pharmacy 742 - 1.2 miles**
   (954) 266-3488|15915 Pines Blvd

☐  **Publix Pharmacy 1068 - 1.2 miles**
   (954) 431-2261|15729 Pines Blvd

☐  **Walgreens 4324 - 1.2 miles**

Select up to 2 retail pharmacies to compare cost estimates:

**Form/Dosage**
TAB

**Quantity**
1

**Frequency**
◉ per day
○ per week
○ per month
○ per year
○ as needed

RE-CALCULATE COSTS

View Map

## TRUVADA TAB (Brand)

*Lowest Cost*
▼

### Cigna Home Delivery Pharmacy

Total cost: $1,423.26

Plan pays: $996.28

You pay:

# $426.98*

Monthly savings: $118.46

(800) 835-3784 (tel:18008353784)

**\* May require purchase of 90-day supply ($1,280.93)**

VIEW OPTIONS FOR ORDERING

View Messages

## Costco Pharmacy 742

Total cost: $1,363.59

Plan pays: $818.15

You pay:

# $545.44

15915 Pines Blvd
Pembroke Pines, FL 33027
(954) 266-3488 (tel:9542663488)

TRUVADA NDC number (61958070101)

Please note that prices are not guaranteed, neither is the display of a price a guarantee of coverage. Your costs and coverage may vary at the time you fill your prescription at the pharmacy and pricing at individual pharmacies may vary. Coverage and pricing terms are subject to change. Your pharmacy may offer a special sale price on a specific medication which may be less than the price displayed here. Please consult your pharmacy.

Your doctor's instructions on how to take a medication, state and federal dispensing guidelines, or how a medication is packaged may impact the quantity and/or days' supply that you can receive from a pharmacy, and therefore, may impact pricing. Data provided is based upon current coverage information supplied by your health plan. Some or all of the alternative medications may not be appropriate for you. All alternatives will require your doctor's approval and a new prescription. Contact your doctor to discuss which option may be right for you.

Please consult your health plan for complete information. This information is for the exclusive use of Cigna Pharmacy customers and is intended to be used for drug price comparisons under the customer's plan. This information is not intended to be used for making medical decisions. Please consult with your doctor on medication choices that are specific to your condition or treatment.

22

© 2015 Cigna. All rights reserved.

☑ Selecting these links will take you away from myCigna.com. Cigna does not control the linked sites' content or links. Details

 **Cigna.**

# Get Drug Costs

**Comparing:** Tivicay TAB 50MG
**For:** Steven | DOB: 09/04/1971

START OVER

**Pharmacies near Pembroke Pnes, FL 33027 (Change)**
    **Cigna Home Delivery Pharmacy - 0.0 miles**
      (800) 835-3784|Your Mailbox

    **Costco Pharmacy 742 - 1.2 miles**
    (954) 266-3488|15915 Pines Blvd

    **Publix Pharmacy 1068 - 1.2 miles**
    (954) 431-2261|15729 Pines Blvd

    **Walgreens 4324 - 1.2 miles**

Select up to 2 retail pharmacies to compare cost estimates:

**Form/Dosage**
TAB 50MG

**Quantity**
1

**Frequency**
◉ per day
   per week
   per month
   per year
   as needed

RE-CALCULATE COSTS

View Map

## TIVICAY TAB 50MG (Brand)

### Cigna Home Delivery Pharmacy

25

Case 0:15-cv-62465-WPD   Document 8   Entered on FLSD Docket 12/03/2015   Page 37 of 41

Your prescription drug plan does not cover this product. Please contact your physician for alternatives. You may also contact the Customer Service number on the back of your ID card to discuss plan specifics.

## Costco Pharmacy 742

Your prescription drug plan does not cover this product. Please contact your physician for alternatives. You may also contact the Customer Service number on the back of your ID card to discuss plan specifics.

TIVICAY  NDC number (49702022813)

Please note that prices are not guaranteed, neither is the display of a price a guarantee of coverage. Your costs and coverage may vary at the time you fill your prescription at the pharmacy and pricing at individual pharmacies may vary. Coverage and pricing terms are subject to change. Your pharmacy may offer a special sale price on a specific medication which may be less than the price displayed here. Please consult your pharmacy.

Your doctor's instructions on how to take a medication, state and federal dispensing guidelines, or how a medication is packaged may impact the quantity and/or days' supply that you can receive from a pharmacy, and therefore, may impact pricing. Data provided is based upon current coverage information supplied by your health plan. Some or all of the alternative medications may not be appropriate for you. All alternatives will require your doctor's approval and a new prescription. Contact your doctor to discuss which option may be right for you.

Please consult your health plan for complete information. This information is for the exclusive use of Cigna Pharmacy customers and is intended to be used for drug price comparisons under the customer's plan. This information is not intended to be used for making medical decisions. Please consult with your doctor on medication choices that are specific to your condition or treatment.

© 2015 Cigna. All rights reserved.

☑ Selecting these links will take you away from myCigna.com. Cigna does not control the linked sites' content or links. Details

26

 Cigna.

# Get Drug Costs

**Comparing:** Latuda TAB 60MG
**For:** Steven | DOB: 09/04/1971

START OVER

**Pharmacies near Pembroke Pnes, FL 33027 (Change)**
> **Cigna Home Delivery Pharmacy - 0.0 miles**
> (800) 835-3784|Your Mailbox

☑ **Costco Pharmacy 742 - 1.2 miles**
    (954) 266-3488|15915 Pines Blvd

☐ **Publix Pharmacy 1068 - 1.2 miles**
    (954) 431-2261|15729 Pines Blvd

☐ **Walgreens 4324 - 1.2 miles**

Select up to 2 retail pharmacies to compare cost estimates:

**Form/Dosage**
- ○ Latuda TAB 20MG
- ○ Latuda TAB 40MG
- ◉ Latuda TAB 60MG
- ○ Latuda TAB 80MG
- ○ Latuda TAB 120MG

**Quantity**
[ 1 ]

**Frequency**
- ◉ per day
- ○ per week
- ○ per month
- ○ per year
- ○ as needed

RE-CALCULATE COSTS

View Map

28

**LATUDA TAB 60MG (Brand)**

## Cigna Home Delivery Pharmacy

Total cost: $858.59

Plan pays: $429.29

You pay:

# $429.30*

Monthly savings: $0.00

(800) 835-3784 (tel:18008353784)

**\* May require purchase of 90-day supply ($1,287.89)**

VIEW OPTIONS FOR ORDERING

View Messages

*Lowest Cost*
▾

## Costco Pharmacy 742

Total cost: $834.33

Plan pays: $417.16

You pay:

# $417.17

15915 Pines Blvd
Pembroke Pines, FL 33027
(954) 266-3488 (tel:9542663488)

View Messages

LATUDA  NDC number (63402030630)

**$ See more alternatives**

Please note that prices are not guaranteed, neither is the display of a price a guarantee of coverage. Your costs and coverage may vary at the time you fill your prescription at the pharmacy and pricing at individual pharmacies may vary. Coverage and pricing terms are subject to change. Your pharmacy may offer a special sale price on a specific medication which may be less than the price displayed here. Please consult your pharmacy.

Your doctor's instructions on how to take a medication, state and federal dispensing guidelines, or how a medication is packaged may impact the quantity and/or days' supply that you can receive from a pharmacy, and therefore, may impact pricing. Data provided is based upon current coverage information supplied by your health plan. Some or all of the alternative medications may not be appropriate for you. All alternatives will require your doctor's approval and a new prescription. Contact your doctor to discuss which option may be right for you.

Please consult your health plan for complete information. This information is for the exclusive use of Cigna Pharmacy customers and is intended to be used for drug price comparisons under the customer's plan. This information is not intended to be used for making medical decisions. Please consult with your doctor on medication choices that are specific to your condition or treatment.

© 2015 Cigna. All rights reserved.

☑ Selecting these links will take you away from myCigna.com. Cigna does not control the linked sites' content or links. Details